UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEVEN GIARUSSO,
PLAINTIFF

v. C.A. No. 04-552T

NEW ENGLAND GAS CO.,
DEFENDANT

**SHOW CAUSE ORDER**

The parties are hereby directed to appear at **2:30 PM** on **Friday October 14th, 2005**, and to show cause why this matter should not be dismissed for lack of jurisdiction.

If necessary, a conference regarding the filing of a summary judgment motion will immediately follow in chambers.

By Order,

Lucia Cristina Luzra
Deputy Clerk

ENTER:

Ernest C Torres
Ernest C. Torres
United States District Judge

Date: 9/1/05

forms\shwcaus3.ord