**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS CO.'S MOTION TO COMPEL**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, Defendant New England Gas Co. ("New England Gas") respectfully moves for an order compelling Plaintiff Steven Giarusso to respond to Defendant New England Gas Co.'s First Request for Production of Documents and Defendant New England Gas Co.'s First Set of Interrogatories (collectively "Defendant's Discovery") within thirty (30) days.

New England Gas served Plaintiff with Defendant's Discovery on August 26, 2005. Thus, Plaintiff's responses were due on or before September 26, 2005. To date, Plaintiff has not provided any response to Defendant's Discovery, nor has Plaintiff's counsel responded to requests to resolve this issue without court involvement. Accordingly, New England Gas respectfully requests that this Court order Plaintiff to respond to Defendant's Discovery within thirty (30) days.

**CERTIFICATION OF COUNSEL PURSUANT TO RULE 37(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

I hereby certify that counsel for the Defendant in good faith attempted to confer with Plaintiff's counsel in an attempt to secure the information sought without court action.

Jaime J. LaPorte

NEW ENGLAND GAS, CO.
By its attorneys,

Robert P. Brooks

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: 10/11/05, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Compel was mailed to the following on this 11th day of October, 2005:

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

Jaime J. LaPorte

*357386_1.doc*