**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**AFFIDAVIT OF JOAN CHAFFEE**

I, Joan Chaffee, being duly sworn, depose and say:

1. I am employed by New England Gas Co. as the Supervisor of Labor Relations. I have served in this capacity since February 20, 2005. The facts set forth herein are based upon my review of documents in New England Gas Co.'s possession.

2. Steven Giarusso was employed by New England Gas Co. as a Field Service Technician until he was terminated on January 24, 2003.

3. At the time of his termination, Mr. Giarusso was considered a full-time employee assigned to work a minimum of 40 hours per week.

4. Mr. Giarusso's compensation was set by the applicable collective bargaining agreement ("CBA").

5. Pursuant to the CBA, from January 1, 2001 through April 30, 2004, Mr. Giarusso's position paid approximately $26.34 per hour or $1053.60 per week.

6. Pursuant to the CBA, from May 1, 2004 to present, Mr. Giarusso's position paid approximately $27.00 per hour or $1080.00 per week.

I declare under penalty of perjury that the foregoing testimony is true and correct.

Dated: Providence, Rhode Island
October 12, 2005

Joan Chaffee
Joan Chaffee

Subscribed and sworn to before me
this 12th day of October, 2005

Anne W. Connor
Notary Public Anne W. Connor
MCE 12/23/05

*357238_1.doc*