10/27/05: GRANTED ABSENT OPPOSITION. LOCAL RULE 12(a)(2).

USMJ

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
OCT 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEVEN GIARUSSO :
Plaintiff, :
v. : C.A. No. 04-552T
NEW ENGLAND GAS CO. :
Defendant. :

## DEFENDANT NEW ENGLAND GAS CO.'S MOTION TO COMPEL

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, Defendant New England Gas Co. ("New England Gas") respectfully moves for an order compelling Plaintiff Steven Giarusso to respond to Defendant New England Gas Co.'s First Request for Production of Documents and Defendant New England Gas Co.'s First Set of Interrogatories (collectively "Defendant's Discovery") within thirty (30) days.

New England Gas served Plaintiff with Defendant's Discovery on August 26, 2005. Thus, Plaintiff's responses were due on or before September 26, 2005. To date, Plaintiff has not provided any response to Defendant's Discovery, nor has Plaintiff's counsel responded to requests to resolve this issue without court involvement. Accordingly, New England Gas respectfully requests that this Court order Plaintiff to respond to Defendant's Discovery within thirty (30) days.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐ ________
Ernest C. Torres, Chief Judge
Date: 10/26/05