**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

FILED OCT 11 2005

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS CO.'S**
**MOTION TO EXTEND THE CLOSURE DATE**

Defendant New England Gas Co. ("New England Gas") respectfully moves for an order extending the Closure Date in the above-captioned matter by ninety (90) days. Pursuant to the Court's Pre-trial Order dated June 2, 2005, discovery in this matter closes on October 15, 2005. As set forth in New England Gas Co.'s Motion to Compel filed contemporaneously herewith, Plaintiff has yet to respond to New England Gas' First Set of Interrogatories or New England Gas' First Request for Production of Documents that were due on or before September 26, 2005. Plaintiff's response to the aforementioned discovery will dictate whether New England Gas needs to depose Mr. Giarusso or any third parties identified by Mr. Giarusso as having knowledge of facts that support his Complaint. Similarly, New England Gas may need to propound additional written discovery based on the Mr. Giarusso's initial responses.

Accordingly, New England Gas respectfully requests that this Court extend the Closure Date by ninety (90) days.

GRANTED in part. Discovery shall close
on December 15, 2005.

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: November 1, 2005

NEW ENGLAND GAS, CO.
By its attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: 10/11/05, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Extend the Closure Date was mailed to the following on this 11th day of October, 2005:

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

Jaime J. LaPorte

*357387_1.doc*