**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS CO.'S MOTION TO**
**ADJUDGE PLAINTIFF STEVEN GIARUSSO IN CONTEMPT**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant New England Gas Co. ("New England Gas") respectfully moves for an order adjudging Plaintiff Steven Giarusso ("Giarusso") in contempt for failing to comply with the Court's October 27, 2005 Order compelling Giarusso to respond to New England Gas' First Request for Production of Documents and New England Gas' First Set of Interrogatories.

As set forth in the accompanying Memorandum of Law, Giarusso has blatantly failed to comply with the Order of this Court without justification. Accordingly, New England Gas requests that Giarusso's Complaint be dismissed, or at the very least, that the Court issue a conditional order of dismissal compelling Giarusso to respond within twenty (20) days.

Dated: December 6, 2005

NEW ENGLAND GAS, CO.
By its attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Adjudge Plaintiff in Contempt was mailed to the following on this 6th day of December, 2005:

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

362915_1.doc

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-552T |
| | : | |
| NEW ENGLAND GAS CO. | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT NEW ENGLAND GAS CO.'S MOTION**
**TO ADJUDGE PLAINTIFF STEVEN GIARUSSO IN CONTEMPT**

Defendant New England Gas Co. ("New England Gas") respectfully submits this memorandum of law in support of its motion for an order adjudging Plaintiff Steven Giarusso ("Giarusso") in contempt for failing to comply with the Court's October 27, 2005 Order compelling Giarusso to respond to New England Gas' First Request for Production of Documents and New England Gas' First Set of Interrogatories (collectively "Defendant's Discovery").

New England Gas served Giarusso with Defendant's Discovery on August 26, 2005. Thus, Giarusso's responses were due on or before September 26, 2005. On October 11, 2005, New England Gas filed a motion to compel responses to Defendant's Discovery. New England Gas attempted to obtain the discovery responses without court intervention, but received absolutely no response from Giarusso. On October 27, 2005, absent any opposition from Giarusso, this Court entered an order compelling Giarusso to respond to Defendant's Discovery within thirty (30) days under Local Rule 12(a)(2). A copy of the Order granting New England Gas' motion to compel is attached as Exhibit A.

Pursuant to the Order of this Court, Giarusso's responses to Defendant's Discovery were due on or before November 28, 2005. As of the date of this memorandum, New England Gas has not received a single response from Giarusso. Giarusso has offered no reason for his failure to provide the discovery, nor has he sought an extension of time or other accommodation. Giarusso has simply ignored Defendant's Discovery. More importantly, Giarusso has blatantly refused, without justification, to comply with the Order of this Court.

Giarusso's disregard of the discovery Order is consistent with his continuing disregard to the mandates of this court and his overall ambivalence to the pursuit of this matter. In addition to his failure to comply with the Court's discovery Order, Giarusso failed to file a memorandum concerning jurisdiction as instructed by the Court at a show cause hearing on October 14, 2005. Moreover, even though discovery is set to close on December 15, 2005, Giarusso has failed to serve a single discovery request or notice of deposition in this matter. Giarusso has blatantly violated orders of this Court and his lack of action evidences a complete lack of interest in the prosecution of this matter.

Accordingly, New England Gas respectfully requests that this Court find Giarusso in contempt for failure to comply with the Order of this Court dated October 27, 2005. New England Gas further requests that Giarusso's Complaint be dismissed, or at the very least, that a conditional order of dismissal be entered compelling Giarusso to respond within twenty (20) days based on Giarusso's unjustified failure to comply with the Order of this Court.

Dated: December 6, 2005

NEW ENGLAND GAS, CO.
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Memorandum of Law In Support of Defendant's Motion to Adjudge Plaintiff in Contempt was mailed to the following on this 6th day of December, 2005:

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

*362916_1.doc*