**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-552T |
| | : | |
| NEW ENGLAND GAS CO. | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS CO.'S MOTION TO ADJUDGE THE GAS DOCTOR L.L.C. IN CONTEMPT**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant New England Gas Co. ("New England Gas") respectfully moves for an order adjudging the Gas Doctor, L.L.C. ("Gas Doctor") in contempt for failing to respond to the subpoena duces tecum served upon it in the above-referenced matter.

As set forth in the accompanying Memorandum of Law, the Gas Doctor has blatantly failed to comply with a lawfully issued subpoena duces tecum without excuse. Accordingly, New England Gas requests that the Court adjudge the Gas Doctor in contempt and order the Gas Doctor to produce the documents requested in the subpoena duces tecum within twenty (20) days in order to purge itself of the contempt.

Dated: December 6, 2005

NEW ENGLAND GAS, CO.
By its attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Adjudge the Gas Doctor in Contempt was mailed to the following on this 6th day of December, 2005:

Gas Doctor, L.L.C.
38 Frances Drive
Cranston, RI 02920

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

*362919_1.doc*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT NEW ENGLAND GAS CO.'S MOTION
TO ADJUDGE THE GAS DOCTOR IN CONTEMPT**

Defendant New England Gas Co. ("New England Gas") respectfully submits this memorandum of law in support of its motion for an order adjudging the Gas Doctor L.L.C. ("Gas Doctor") in contempt for failing to respond to the subpoena duces tecum served upon it in the above-referenced case.

In this case, the Plaintiff Steven Giarusso ("Giarusso") filed suit for reinstatement and back pay on the basis that he was unlawfully terminated by New England Gas for attempting to invoke his right to take medical leave. On September 21, 2003, New England Gas served a subpoena duces tecum on the Gas Doctor, a limited liability company owed by Giarusso. A copy of the subpoena is attached as Exhibit A. The subpoena required the Gas Doctor to produce documents concerning payroll, bank statements, tax returns and work orders from January 1, 2002 to present. The subpoena further required the Gas Doctor to produce copies of checks made payable to Giarusso during that time. The purpose of the subpoena was to establish the amount of income earned by Giarusso since his termination in order to adequately assess and defend against Giarusso's claim for back pay.

The subpoena required the documents to be produced at the offices of Adler Pollock & Sheehan on October 5, 2005. To date, no response has been received. Thus, New England Gas respectfully requests that the Court enter an order adjudging the Gas Doctor in contempt for failure to respond to the subpoena. New England Gas further requests that the Court order the Gas Doctor to produce the requested documents within twenty (20) days in order to purge itself of the contempt.

Dated: December 6, 2005

NEW ENGLAND GAS, CO.
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Memorandum of Law In Support of Defendant's Motion to Adjudge the Gas Doctor, L.L.C. in Contempt was mailed to the following on this 6th day of December, 2005:

Gas Doctor, L.L.C.
38 Frances Drive
Cranston, RI 02920

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

*362920_1.doc*