**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS CO.'S**
**MOTION TO EXTEND THE CLOSURE DATE**

Defendant New England Gas Co. ("New England Gas") respectfully moves for an order extending the Closure Date in the above-captioned matter by sixty (60) days.

Pursuant to the Order of the Court dated November 1, 2005, discovery in this matter closes on December 15, 2005. Discovery was initially set to close on October 15, 2005. However, due to Plaintiff Steven Giarusso's ("Giarusso") failure to respond to New England Gas' discovery requests, the Court extended the Closure Date until December 15, 2005. To date, Giarusso still has not responded to New England Gas' discovery requests, thereby necessitating this second request for an extension.

As set forth in New England Gas Co.'s Motion to Adjudge Steven Giarusso in Contempt, filed contemporaneously herewith, Giarusso failed to comply with the Court's Order compelling Giarusso to respond to New England Gas' First Set of Interrogatories and New England Gas' First Request for Production of Documents by November 28, 2005. Similarly, the Gas Doctor L.L.C., a third-party corporation owned by Giarusso, failed to respond to a lawfully issued subpoena duces tecum. A motion to hold the Gas Doctor L.L.C. in contempt is also being filed contemporaneously herewith. Absent initial

discovery responses from Giarusso or a response from the Gas Doctor L.L.C., New England Gas has been unable to assess the need for or complete supplemental discovery.

Accordingly, New England Gas respectfully requests that this Court extend the Closure Date by an additional (60) days to allow sufficient time for New England Gas to complete discovery upon resolution of the foregoing discovery issues.

Dated: December 6, 2005

NEW ENGLAND GAS, CO.
By its attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Extend the Closure Date was mailed to the following on this 6th day of December, 2005:

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

*363724_1.doc*