**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| STEVEN GIARUSSO | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-552T |
| NEW ENGLAND GAS CO. | : | |
| Defendant. | : | |

**DEFENDANT NEW ENGLAND GAS CO.'S MOTION TO ADJUDGE THE GAS DOCTOR L.L.C. IN CONTEMPT**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant New England Gas Co. ("New England Gas") respectfully moves for an order adjudging the Gas Doctor, L.L.C. ("Gas Doctor") in contempt for failing to respond to the subpoena duces tecum served upon it in the above-referenced matter.

As set forth in the accompanying Memorandum of Law, the Gas Doctor has blatantly failed to comply with a lawfully issued subpoena duces tecum without excuse. Accordingly, New England Gas requests that the Court adjudge the Gas Doctor in contempt and order the Gas Doctor to produce the documents requested in the subpoena duces tecum within twenty (20) days in order to purge itself of the contempt.

Dated: December 6, 2005

DENIED AS MOOT

Ernest C. Torres
Chief, US District Judge
1/3/06

NEW ENGLAND GAS, CO.
By its attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Adjudge the Gas Doctor in Contempt was mailed to the following on this 6th day of December, 2005:

Gas Doctor, L.L.C.
38 Frances Drive
Cranston, RI 02920

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

*362919_1.doc*