UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN GIARUSSO<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND GAS CO.<br><br>Defendant. | : | C.A. No. 04-552T |

**DEFENDANT NEW ENGLAND GAS CO.'S MOTION TO ADJUDGE PLAINTIFF STEVEN GIARUSSO IN CONTEMPT**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant New England Gas Co. ("New England Gas") respectfully moves for an order adjudging Plaintiff Steven Giarusso ("Giarusso") in contempt for failing to comply with the Court's October 27, 2005 Order compelling Giarusso to respond to New England Gas' First Request for Production of Documents and New England Gas' First Set of Interrogatories.

As set forth in the accompanying Memorandum of Law, Giarusso has blatantly failed to comply with the Order of this Court without justification. Accordingly, New England Gas requests that Giarusso's Complaint be dismissed, or at the very least, that the Court issue a conditional order of dismissal compelling Giarusso to respond within twenty (20) days.

Dated: December 6, 2005

DENIED As moot
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
1/3/06

NEW ENGLAND GAS, CO.
By its attorneys,

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within Motion to Adjudge Plaintiff in Contempt was mailed to the following on this 6th day of December, 2005:

Kenneth D. Haupt
Law Office of Stephen J. Dennis
127 Dorrance Street
Providence, RI 02903

362915_1.doc