UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEVEN GIARUSSO,

Plaintiff,

v. C.A. No. 04-552T

NEW ENGLAND GAS CO.,

Defendant.

ORDER REMANDING CASE

For reasons stated in open court on December 21, 2005, the Court finds that Defendant New England Gas Co. has failed to show cause why this case should not be remanded for lack of subject matter jurisdiction. Therefore, the case is hereby remanded to state court.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: January 6, 2006